UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

        -v.-                  :   INDICTMENT

PEDRO RUBEN PEREZ-FRIAS,            :   **09CRIM1098**
 a/k/a "Ruben Perez,"
 a/k/a "Orlando S. Villanueva,"    :

        Defendant.           :

- - - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

From at least on or about October 1, 2009, in the Southern District of New York and elsewhere, PEDRO RUBEN PEREZ-FRIAS, a/k/a "Ruben Perez," a/k/a "Orlando S. Villanueva," the defendant, being an alien, after having been removed from the United States on or about June 18, 2008, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about December 12, 1995, in New York State Supreme Court, New York County, of Manslaughter in the First


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 12 2009

Degree, in violation of New York Penal Law Section 125.20.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PEDRO RUBEN PEREZ-FRIAS,
a/k/a "Ruben Perez,"
a/k/a "Orlando S. Villanueva,"

Defendant.

INDICTMENT

09 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

*November 12, 2009*
*Indictment filed.*
*Case assigned to Judge Chin.*
*Friedman, USMJ*